371 P.2d 240

**Charles J. FISHER, Petitioner,**

v.

**Harold A. COX, Warden New Mexico State Penitentiary, Respondent.**

No. 7203.

Supreme Court of New Mexico.

May 15, 1962.

CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the request for free process be and the same is hereby granted and the petition for writ of habeas corpus be and the same is hereby denied.

371 P.2d 240

**James C. LATTIN, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, SANTA FE, New Mexico, Respondent.**

No. 7140.

Supreme Court of New Mexico.

May 15, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that the matter in the District Court is being handled by the petitioner's Court-appointed attorney, Robert E. Fox.

371 P.2d 240

**J. James ROGERS, Petitioner,**

v.

**Harold A. COX, Warden, New Mexico State Penitentiary, Respondent.**

No. 7002.

Supreme Court of New Mexico.

May 3, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petition alleges no facts that would warrant the issuance of a writ.